89 P.3d 840

# SUPREME COURT OF HAWAI'I

Winterborne v. State  ............. 24874        05/10/2004  Denied        104 Hawai'i 311,
                                                                           88 P.3d 683